All that call is made to fix it and you can feel what the results of that telephone call So I doubt it will get any better before we finish we deal with GSA all the time So welcome to our world First matter is Dennis versus Attorney General Good morning, I'd like to reserve two minutes for rebuttal As you know this case turns in large part on whether my client Jean-Denis conviction under a New York statute that criminalizes Tampering with physical evidence constitutes an aggravated felony for the purposes of the INA as an offense relating to obstruction of justice I believe that both sides agree that the answer to that question turns in part on a comparison in New York's tampering statute To specific provisions of title 18 of the u.s. Code we may disagree as to the particulars of how that comparison should be done I think it should be a strict categorical approach. Why is that when the word relating to? Obstruction of justice is included in the INA I mean that makes it different from obstruction of justice It says relating to obstruction of justice if we're obstruction of justice I would agree categorical you look at elements of both, but when it says relating to doesn't that make it different I don't I don't think it does for the for our purposes I mean, I think it still means that you compare the elements of the New York tampering statute to the elements of the of title 18 I think the government has Essentially made exactly the same relating to argument previously And it's been rejected New York statute, are you looking at? What New York statute 215 40 and what? Title 18 of the u.s. Code. Yeah, what section? 1503 then there's a separate question, I guess a difference of opinion between us and the government is whether 1512 C has any relevance All right stick to 1503, okay 1503 says that Anyone who Corruptly or leave out a lot of things Impedes the do administration of justice. That's the language of the statute. Why isn't Cutting off the legs of the victim so that she can be hidden first in his car and then in the hall Why isn't that an obstruction of justice? The first thing I would say in response to that is that I think the case law is very clear that there's a strong nexus requirement implied in 1503 meaning you have to be Perspective police investigation, which is the most that you can say my client did here or potential I mean, why did he hide her if he wasn't trying to Hide the victim so that she her body wouldn't be found for the eventual trial anytime anyone does anything that Conceivably qualifies as I guess if you looked far enough down the road, you could maybe contemplate some sort of I Understand but the question is what was in his mind when he was doing it Was he trying to interfere with an ongoing judicial proceeding at the time and the answer is no, I'm sorry I think I stepped on your question What could he be doing if he cuts off part of the victim's body but trying to hide a crime Hide merely trying to hide a crime from the police is not enough for 1503. Yeah. Well, isn't that obstruction of justice? Not for the purposes of title not for the purposes of 1503 is it You and I were sitting in a living room, you know, who knows Their Third Circuit Cutting off the feet of the victim so that you can get her in the car so you can hide her is not I'm not aware of a case that deals specifically with Dismembering bodies. No, but I am aware of case I Think they were part and parcel of the same hiding evidence But why isn't that going back to judgment does question relating to if we if we adopt your argument Don't we read the phrase relating to out of the statute? relating to an obstruction of justice relating to a proceeding in an ongoing or anticipated proceeding What why else would you do this? I? Mean I think the natural effect of the reading that you're Questioning me about about whether or not relating to is that it would effectively expand title 18 to include any interference With any sort of police investigation on the theory that it relates to an obstruction of justice And I just don't think that's consistent with Interpretive case law of title 18. I guess is what I would say Yeah, but we were going we were questioning you on 1503 15 oh, I understand, but I don't think it's consistent with 1503 or 1512 doesn't the fact that Congress enacted 1512 see and put it specifically under the rubric of obstruction of justice and 1512 see is Almost you know a mirror image when you look at I think it's patch that says doesn't have to be an official proceeding I mean you look at the two of them you look at the New York statute and 1512 see and they're pretty much a match So it doesn't the enactment of 1512 see under Heading obstruction of justice Lead us to easily conclude that it certainly relates. I don't think so. I agree with you that the language is similar Where I guess I would part way in fact, they both say official proceeding. I understand I don't even say I understand that and I understand that there's a definition of official proceeding in 1512 see that says Something like actual or perspective. So how do we reason that? Okay, it's not really I understand First of all, I mean as I said before and under the strict categorical approach I think you look at the elements of the New York tampering statute and then say would that result in a Conviction under title 18 if you look at how the New York tampering statute has been interpreted It is in my mind crystal clear that interfering with a police investigation Whether or not there's any sort of judicial proceeding perspective judicial proceeding, whatever interference with a police investigation As the New York tampering is sufficient for a conviction under New York's tampering statute as that statute has been in court Interpreted by the New York courts. Did you and as I'm sorry, go ahead finish. No, I'm sorry As 1512 see has been interpreted Interference with an investigation is not sufficient. I think there have been at least two decisions I'm aware of that go directly to that point and that's why I think they're different object to the jury instruction where the court Charged that a person is guilty of tampering under New York law by altering or concealing evidence To be used in a prospective official proceeding. Did you object to that instruction? Did we object or do I object sitting here today? No, obviously, did you preserve an objection to that instruction? No Well, then He was Convicted we had just so I mean we obviously didn't represent him at that time. Well, let me say it is counts against counsel. No, yeah Then he was convicted of Tampering under New York law by altering or concealing evidence to be used in the prospect of official Proceeding isn't that exactly what happened? I don't think so because I think it I think that begs the question of what an official Proceeding means for the purposes of New York law and what an official proceeding means for New York law includes investigations Well, what is the perspective proceeding then if in perspective means something and it's one thing if you're just at a very preliminary stage You're sending out Subpoenas may be in a paper kind of case and a no front on a case But in this kind of case where you're trying to hide the body. Mm-hmm Doesn't that Infer that you're trying to prevent a prospective proceeding from ever happening You want to make sure that there is no evidence of the of the killing? why wouldn't that be interfering with a perspective or anticipated or potential Investigation. What did the New York legislature have in mind when they put that in there? I Agree it isn't interfering with a potential investigation perspective statue says perspective The New York It says it as perspective official proceeding not a perspective in about official investigation and an official proceeding for the purposes of 1512 C does not include a police investigation. We're talking about the instructions which were given under the New York statute and the rest of that instruction record at 1163 64 said a prospective official proceeding is any action or proceeding by or before a legally constituted judicial agency or official in which evidence may properly be received such as a court or a grand jury that sort of Makes it clear. I mean, I don't understand why that shouldn't cover this situation I'd like to hear what you have to say. I mean, first of all, I guess I would say that Among among other things we don't have to get to the 1512 C question You're asking me about because I think this is a clear retroactive application of that statute and You know that jury instruction notwithstanding. I don't think it changes what the state of New York law was at the time Which is that you can you know go to prison for a body, you know interfering with a police investigation But I don't want to lose the retroactivity point because I mean, I think it's critically important I mean we tried to highlight Landgraf as much as we put in our papers. You didn't cite Scheidemann. Did you know? we thought that this was a Closer parallel to Landgraf just a direct application of Landgraf You're basically saying that Until there is some official proceeding that a grand jury investigation preliminary hearing or something as long as in the only in the investigate investigatory stage and The New York statute does not apply No, I'm not I'm saying 1512 C does not apply And 1503 Does not apply the New York's tampering statute does According to how courts have interpreted you get to the particularly serious crime aspect You don't challenge that do you? Yes, no, we do challenge the particular serious crime yes, I thought both parties agreed it was No, no, we didn't I mean Because it wasn't against the person because the person you know was deceased. Is that really the test? I mean particularly serious crime Goes on to say, you know danger to the community. I mean, it's really an assessment of Kind of what went on here and under I am and under a case law you can look at reliable information as to what happened In determining particularly serious crime, can you not I think under a WACA what I would say you can do is you can look at at most the charging documents if they're you know, if the government has met his burden of establishing that there's a presumption that the defendants conduct constitutes a particular that the Crime in question constitutes a particular Conduct which is very different than I'm sorry WACA was I was dismissed There's nothing here that was dismissed it was this reliable evidence about his conduct well as a matter of fact, I think The BIA in this Instance considered stuff that was that our client was not convicted of but putting that Aside I mean, I guess I would say that The things that you would typically look at in determining whether or not something is particularly serious crime is Is it a crime against a person does it involve? threatened violence Which I would interpret to mean threatened violence against a living person, but this is a certainly a violent forceful act And it would seem to me that you know, if they said, okay Well trespassing is a particularly serious crime, you know I don't think we defer to that but when it's close and when there has been violence used and there was here Shouldn't we defer to their determination as to whether this is I mean they look at these they look at a lot of crimes and They make this decision. We have held that we defer have we not I don't think that on the question of On the I don't think that you have to defer to them on the exact question that you're Opposing I mean, I think a walker says that you don't have Mary. Um, we said we owe them some deference in valency Yeah, I mean, don't tell me where we have said we review it without deference and make come to our own conclusion Have we opined to that effect, I guess I'm not aware of anything specifically stating that exact I realize your time is up, but I would ask you one rebuttal. Okay to Discuss your claim that he's playing his claim that he's vulnerable if he were returned to Haiti, of course I mean, but you haven't that time the air issue And also I am I want to ask about we can try to get through a lot of that in your two minutes I Good morning, Kelly walls for the Attorney General. Mr. Dineen was convicted of second-degree manslaughter You were both on the wrong side, oh, I'm sorry and every other circus Lee sits there but go ahead Oh and every other circuit it's been the other way. I'm sorry Mr. D. We've marched around We appreciate that microphone down and maybe speak a little bit more slowly, okay Thank you. Mr. Dineen was convicted of second-degree manslaughter and tampering with physical evidence relating to the death Dismemberment and concealment of a former client, but the manslaughter is not an issue Exactly, and that was my next point is because of the tampering with physical evidence conviction. He was charged as removable based on an aggravated felony and This conviction satisfies the obstruction of justice definition that the board came up with in matter of Espinoza Therefore he is removable as charged In matter of Espinoza the board looked to 18 USC and the 15 series to determine that obstruction of justice isn't it's unlike other aggravated felonies and in this sense that there's not a Generic definition that we can look to it's not like theft or it's not Specifically defined in another part of the US Code like a crime of violence instead they look to this series of offenses to come up with a definition that an obstruction of an offense relating to the obstruction of justice has as an element interference with proceedings of a tribunal or Investigation or action or threat of action against others who would cooperate in the process of justice If you read the the statute of conviction the New York Code Mr. Denny had to know that the Victim's body was physical evidence. He had to believe it was going to be used in a prospective official proceeding and that he altered it and concealed it with the intent to Prevent its production or use in that proceeding the New York statute says official proceeding or prospective official proceeding But doesn't say judicial no, it doesn't Couldn't an official proceeding be a zoning hearing. I believe it could and How would that then equate to obstructing justice as such? Well also under The US Code, I believe it also talks about Other hearings before agencies and so that could be similar. You could have an administrative hearing So it's the greater process of justice that we're looking at And so if it was a zoning hearing I believe that would satisfy both the definition under New York law as well as the federal provision And as far as the fact that it's perspective 15 15 F I believe or is it I'm sorry 1512 F says specifically that the proceeding can be a perspective But the proceeding the official proceeding whether it's a grand jury, but we're a couple steps removed from that He didn't he didn't want the body to be discovered Exactly. I mean we're at the very beginning of this You know if you say a proceeding comes later when he would be arrested or an investigation But he basically didn't want the body to be discovered. Is that obstructing an official proceeding? I think it's an offense relating to the obstruction of justice in matter of Espinoza the board specifically recognized that an Investigation was sufficient. It said the interference with proceedings of a tribunal or an investigation This doesn't that to be an offense relating to the obstruction of justice It does not have to be an exact match to the 15 series in 18 USC It simply has to relate to those types of offenses Indeed the if you look at that, there's very few circuit court cases dealing with the obstruction of justice aggravated felony the Fifth Circuit and And and exactly none none dealing with dismemberment the The Fifth Circuit and Al Juan looked at one with that was I believe it was a failure to appear charge That doesn't appear in the 15 series That's at a different part of the u.s. 18 USC the same thing in Renteria Morales in the Ninth Circuit That was a contempt of court. So it doesn't have to actually appear within that series or be an exact match Espinoza, I mean misprison of felony is helping to conceal Another's felony and yet it was determined that that really isn't obstruction of justice. So relating to Isn't all that broad is it? well the way that the the board reached that conclusion was first by coming up with this definition of Interference with proceedings of a tribunal or investigation and decided that misprision of a felony Actually didn't fit within that definition. It was too too attenuated for it to be related to this I think clearly the the the the purpose of the New York Code is to the New York penal laws to prevent People from being able to get away with committing acts such as mr. Denny did if he had misprisons the same idea Except that this was done. This was the same actor and it was done in advance with I mean if you look at his own Problem with the police Well, I'm just saying we look at the statute itself cold Words not what he did exactly in the cold words of the statute say believing that certain physical evidence is about to be produced or Used an official proceeding or prospective official proceeding and intended to be used exactly about to be used it hasn't He's trying to prevent its use or production by destroy in this case Remembering how attenuated is it how far back in the chain do we look to my mind? He was trying to make sure this was never that this body and what he had done Everything was just never discovered. There was no justice Exactly To prevent one rather than to prevent evidence to be used in one Well, I mean the dismemberment in the in the concealment anything. I think he was trying To prevent the body from being I mean used and it to be to be discovered Well, I understand and I think the dismemberment also goes to being it. He was not convicted of murder. He was charged with murder He was convicted of manslaughter had the body been discovered, you know less than a month after it was Buried and dismembered could we have could that medical examiner's report have been more specific about the cause of death? Perhaps these all go to what he was ultimately convicted I Know I'm just saying that that I don't think it's it all just it simply goes to Trying to avoid prosecution completely. It could be to the extent of the prosecution in this case He was only convicted of second-degree manslaughter not murder. Had he not dismembered the body We don't really know what the state of the body would have been and what the evidence would have proven at that point That may be the weakest argument you can make In case the misprison situation that's basically just not Divulging information. It's not damning somebody out. That's true Which is different isn't it then chopping up a body and hiding the body so that there never will be an official Proceeding for anything. I believe it is it is it and that's essentially what the board said in matter of Espinosa's it's just it's a different kind of crime than those that interfere with Being able to take a person to actually go into a proceeding and have the evidence that's required It may not be in conduct was Espinosa had a situation which did not require any affirmative act that required It could be convicted of the misprison. That's what happened in that case simply by not divulging information that you know about exactly and if you look at if you look at a previous board decision in matter of Bautista they Looked at accessory after the fact and saw that actually took affirmative action on the part of the defendant And so that that was that wasn't interference. The record is very sparse as to his vulnerability if he weren't returned to Haiti in light of Chavonis that's the way you pronounce it Accession to some powerful position Do you think? Assuming everything else that we should remand for development of the record. No, I do not your honor there There there are two issues with the cat as far as the development of the record The first was that mr. Denny claimed he was the victim of ineffective assistance of his former accredited representative How do you speak up a little? Oh sure. However, the evidence that he's thought to submit at the second hearing actually Was evidence that post dated the first hearing so he even if he'd had effective assistance He could not have presented that information. He doesn't get a second bite at the Apple just because so you're saying we shouldn't develop the record but if We were interested in that issue why shouldn't we send it back to find out what position Chavonis is in and He apparently accused Chavonis if that's the way you pronounce it He was he was one of the cadre of guards for Duvalier I Believe that's true. He as I said, this is a claim he made at the beginning in his 2005 proceeding He has not shown that there was any evidence He could have presented in 2005 at that time, which would have allowed him to succeed on that claim So he doesn't get to go back merely because he's Continued proceedings on other aspects of his claim. For example the in the second board decision So that would be I believe docket when you say in the other proceeding you mean before the ALJ Yeah, all these are before the immigration judge originally But it's the the decision that resulted in what is docket number 10 1391 and that decision they considered the merits of his claim based on being a former police officer and found that he Failed to meet his burden of proof there He has not identified any evidence that he could have presented at that time that he would have merited a grant of Torture convention relief so he doesn't get to go back Merely because he had ineffective assistance of counsel if he wasn't prejudiced by that The other we know if he was prejudiced by that if counsel didn't raise the well because the the person you're talking about that the former police officer Who was elevated that didn't happen until 2006 and the hearing was in 2005 So at the time he was there then he couldn't have claimed it Exactly so that he couldn't say he was prejudiced by the ineffective assistance of counsel, which was the only way he got a second Change country conditions, maybe yes to reopen I Think that's an effect what he attempted to do before the immigration judge that Resulted in the second cat claim based on his medical conditions. Well the medical condition Hyperthyroidism a lot of us have that I'm not impressed with that, but I am Concerned about his claim that if he sent back now That this person whom he had accused is now in a position of some power He he never raised this as a changed country condition claim before the agency He only couched it in the context of ineffective assistance of counsel So as far as changed country conditions go that would be an unexhausted claim that this court should not yet reach should he? wish to pursue that before they Be bored. I suppose he could do that in a motion to reopen But at this point it would be premature for the court would not object if he did that oh, I'm sure we would He could whether it would be successful, I mean that's a different question he has every right Well he would have to present the evidence of changed country conditions just like any other person before You may not get to present that evidence of the government says wait a minute you can't reopen now No, I think that the government always says you carry homeland security would have the option to oppose that Motion to reopen given the history of this case. I don't I I would suspect that they would would probably do that But I I certainly don't know That just seems to be what generally happens. They always we get them all the time so Address do we need to address the Langrath issue I just briefly I'm Sincere I think those cases both illustrate why this is not a retroactivity case Both of those cases dealt with the repeal of former section 212 C of the INA So the the catalyst if you will for that was a change in the Immigration and Nationality Act in this case There was no relevant change in the INA between the time. Mr. Denny was convicted and the time he was in removal proceedings. There was an enactment of 1512 C That's not within that Immigration and Nationality Act the only but the implication and the ramifications of committing the New York crime were much different after 2002 No, you're and I respectfully disagree at prior to the inclusion of 1512 C. Mr Denny still could have been found guilty of or I'm sorry have been found convicted of an aggravated felony for an offense relating to the It's not a retroactivity issue The only the only issue here is the board's interpretation of the definition of an aggravated felony It looked to 18 USC, but 18 USC doesn't have a direct application in this case So what it really is is just a change or an alteration in the board's interpretation And that's not the same as the retroactive retroactive application The board simply is stating what the law has always been this well I don't know about that if there weren't a relating to I think there'd be a real there might be a real land Well even prior to the I mean the the the offenses that have been found to be obstruction relating to obstruction of justice Aren't haven't been found within that that 15 series. There are other offenses. So the fact that that Tampering with physical evidence was later added does not mean that it couldn't have been discovered or found to be Relating to the obstruction of justice prior to that addition It still has all the elements that the board found found necessary to relate to obstruction of justice being the interference With a tribunal or an investigation So I don't believe that we have to reach the land-grant issue and just briefly as far as the withholding of removal We do think that this is a particularly serious crime and that the board properly considered all of all reliable information Specifically, mr. Denise own testimony relating to the facts and circumstances underlying the the tampering with physical evidence conviction Is that what we look at or do we look at the the statute the New York statute and say if someone's convicted of this? statute that's particularly serious as The board explained in matter of NAM that you if the elements indicated of the offense Indicated could be a particularly serious crime. Then. The next step is to look at the underlying facts and circumstances. You can't do Exactly and in any and they make the point that nobody has ever suggested that the correct approach is to is limited to the Categorical approach never had a presidential opinion though Adapting that analysis. I don't believe this court has no But being that this was in under the discretionary part of the particularly serious crime as approves to the per se We would say that the deference is due to the agency's decision on this matter Thank you. Thank you back in the Second Circuit. Let them know maybe can straighten them out and let them know they've got things backwards I Just wanted to address three things very quickly that I just heard I think the government just suggested that you know something, you know proceeding before zoning board or whatever might Qualify as an official proceeding for the purposes of 1512 see as well as the New York tampering statute I think that's I think that's absolutely incorrect I would urge you to look at the Dunn decision where there the government made the argument that a you know proceeding before the ATF would constitute an official proceeding and that argument was rejected secondly, there was I think a suggestion that with respect to cat that We didn't offer any evidence that could have been presented at the time of his initial hearing That's not right If you look at pages 49 and 50 of our opening brief It was some of the evidence that we would have submitted but more broadly than that In order to find that there was ineffective assistance in the first instance you have to find that my client was prejudiced and Therefore the sort of no far no harm. No foul analysis that the government is urging. I think is inappropriate You don't after the fact re-adjudicate The ineffective assistance claim and that's you know Why I think you do need a remand here for another hearing on cat except you do we do that all the time under Strickland and you know, we always have to look and say Would the outcome have been different? So whether you like it or not, as long as due process From an actionable standpoint needs prejudice. We do do that. Sometimes it's hard But we we graphed that evidence that wasn't presented on to what there was and try to figure out At best I would say there's no way to know in this case and that we need a new hearing Well, we don't admit that there's no way of knowing we we do it We have to we're told we have to Time is up So much of st. Sears analysis turns on The possibility of reliance not actual reliance, but correct and we say I guess Palmino or however not that's pronounced It's not with that particular petitioner relied, but was it not someone in that universe could have relied. It clearly isn't any reliance Interested here. So you're not arguing that he relied upon the condition of the law at the time He hacked up the body to hack up the body I'm not contending that he specifically relied That being that being said I would I Would look to the Atkinson decision by this court Which essentially said that reliance? Whether you're talking about, you know reliance of a class of persons or you know Individual reliance by the actual petitioner in question that it is an input under land graph But it is not the sort of scenic one on of land graph and it doesn't it doesn't dispose of land graph It's not it's not this positive which and I think that's absolutely correct, which is that Atkinson by this court Thank you. Thank you very much. Mr. Is Gibson done pro bono? Yes, we are. Well, then I think we Take that back to your firm But you can mr. Lee who his name is on the brief. I'm not even sure he's here today But whether he is or not, please. Thank your whoever Oh Miss Wallace, thank you very much. Also, we'll take the matter into advisement. It's matter is us versus Gordon low